ORIGINAL ✓

②
11

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Jeffrey I. Golden<br>P.O. Box 2470<br>Costa Mesa, CA 92628-2470 | FILED<br>NOV -6 2008<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| In re:<br><br>Pacific Eyenet, Inc.<br><br>                                          Debtor. | CASE NUMBER  99-13836<br>HEARING DATE:<br>TIME:<br>PLACE: |

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $ __1231.14__ which is the sum of all monies deposited with the court on the following date(s) __Aug. 5, 2008__ on behalf of the creditor __Gina C. Mitchell__ on claim number(s) __19__

2. Please check and complete the applicable subparagraph(s) below:

   ☑ a. I am the creditor named in paragraph 1.

   ☐ b. I am an employee of the creditor named in paragraph 1 and my title is _____.
   The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

   ☐ c. I am the creditor and have appointed _____
   as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

   ☐ d. Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

   _____
   _____
   _____
   _____

(Continued on next page)

Revised May 2004    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 3011-1**

Motion for Order Releasing Unclaimed Funds - *Page 2*   **F 3011-1**

| In re Pacific Eyenet  Debtor. | CHAPTER 7  CASE NUMBER 2:99bk-13836ER |
|---|---|

3. Please complete each of the following subparagraphs:

   a. The following is the creditor's address and phone number:

   Gina C. Mitchell
   1891 SW 156th Ave
   Miramar, FL 33027

   b. A brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale of the company from the prior to the new owner(s):

   I am a former employee of Pacific Eyenet Inc. I relocated to Florida. My new address is 1891 SW 156th Ave. Miramar FL 33027. Please send my payment immediately

4. I understand that, pursuant to 18 U.S.C. § 152, I may be fined or imprisoned, or both, if I have knowingly and fraudulently made any false statements in this document.

Revised May 2004    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 3011-1**

Motion for Order Releasing Unclaimed Funds - *Page 3*   **F 3011-1**

| In re  Pacific Eyenet, Inc.  Debtor. | CHAPTER 7  CASE NUMBER 2:99 bk 13836 ER |
|---|---|

(Corporate Seal

if applicable)

Creditor  Gina C Mitchell
*Type or Print Creditor's Name*

Creditor's Address
1891 SW 156th Ave
Mira Mar, FL 33027

STATE OF ~~California~~ Florida TMW, COUNTY OF Broward

On September 11, 2008 before me, personally appeared *(insert name and title of the signer)*
Gina C. Mitchell

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

*Twila Williams*
*Notary Public*

(SEAL)

My commission expires on Nov. 16, 2010

NOTARY PUBLIC-STATE OF FLORIDA
Twila Williams
Commission # DD615315
Expires: NOV 16, 2010
BONDED THRU ATLANTIC BONDING CO., INC.
TMW

NOTARY PUBLIC-STATE OF FLORIDA
Twila Williams
Commission # DD615315
Expires: NOV 16, 2010
BONDED THRU ATLANTIC BONDING CO., INC.

Revised May 2004   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **F 3011-1**

Motion for Order Releasing Unclaimed Funds - *Page 4*                    **F 3011-1**

| In re | CHAPTER _____ |
|---|---|
| Debtor. | CASE NUMBER |

_____
*Signature of Attorney/Attorney-in-Fact (if appointed)*

_____
*Type or Print Name*

_____
Address

_____

_____

STATE OF CALIFORNIA, COUNTY OF _____

On _____ before me, personally appeared *(insert name and title of the signer)*

_____

_____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

_____
*Notary Public*

(SEAL)

My commission expires on _____

Presented by:

_____

_____

_____

Motion for Order Releasing Unclaimed Funds - *Page 5*              **F 3011-1**

| In re Pacific Eyenet, Inc. | Debtor. | CHAPTER 7 CASE NUMBER 2:99bk 13836ER |

## PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on __9/11/08__, I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document described as "Motion for Order Releasing Unclaimed Funds" to the United States Attorney, United States Trustee, and other persons and entities required to be served by Local Bankruptcy Rule 3011-1(b) and addressed as follows:

Please insert the name and address of the trustee appointed in the case and the trustee's counsel, if any:

Please insert the name and address of the Debtor, Debtor in Possession, reorganized Debtor, or other fiduciary appointed to supervise the distribution of funds and assets of the estate (if not the claimant) and their counsel, if any:

If Movant is not the original creditor or an employee thereof, please insert the name and address of the original creditor and the creditor's counsel, if any:

__9/11/08__
Date

Signature

Gina C Mitchell
Type or Print Name

Revised May 2004    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 3011-1**

**ORIGINAL**

1  Jeffrey I. Golden, A Partner of
   **WEILAND, GOLDEN,**
2  **SMILEY, WANG EKVALL & STROK LLP**
   P.O. Box 2470
3  Costa Mesa, California 92628-2470
   Telephone: (714) 445-1013
4  Facsimile: (714) 966-1002

FILED
AUG 08 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:               Deputy Clerk

5  Chapter 7 Trustee

7  UNITED STATES BANKRUPTCY COURT

8  CENTRAL DISTRICT OF CALIFORNIA

9  LOS ANGELES DIVISION

11 In re                              ) Case No. 2:99-bk-13836-ER
                                      )
12 PACIFIC EYENET, INC.,              ) Chapter 7 Case
                                      )
13            Debtor(s).              ) **NOTICE OF UNCLAIMED DIVIDEND(S)**
                                      ) **(FRBP 3011)**
14 _____    )

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Please find annexed hereto Check No. 1230 in the sum of $101,853.18 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es), and amount(s) to be paid to each person entitled to said unclaimed dividend is attached.

DATED: AUG 05 2008

JEFFREY I. GOLDEN
Chapter 7 Trustee

261873v1                              1    NOTICE OF UNCLAIMED DIVIDEND(S)

## ATTACHMENT

The names and addresses of the parties entitled to said unclaimed dividends are as follows:

**Class of Creditor: Chapter 11 Administrative**

**Percentage Paid on Claim: 100%**

| CLAIM NO. | NAME OF EACH CLAIMANT | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 70 | Arden Realty Limited Partnership<br>Weinhart & Regenstreif LLP<br>3130 Wilshire Blvd., 2nd Fl<br>Santa Monica, CA 90403 | $4,290.00 | $4,290.00 |
| | | | |
| TOTAL | | $4,290.00 | $4,290.00 |

**Class of Creditor: Priority Wage**

**Percentage Paid on Claim: 100%**

| CLAIM NO. | NAME OF EACH CLAIMANT | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND | NET PAYMENT AFTER TAXES |
|---|---|---|---|---|
| 10 | Jeanette M. Warren<br>21107 Victor St., #11<br>Torrance, CA 90503 | $1,473.87 | $1,473.87 | $1,145.94 |
| 19 | Gina C. Mitchell<br>6220 Fairfax Ave<br>Los Angeles, CA 90056 | $1,583.46 | $1,583.46 | $1,231.14 |
| 20 | Patricia P. Hinds<br>11028 S Manhattan Pl<br>Los Angeles, CA 90047 | $1,288.00 | $1,288.00 | $1,001.42 |
| 23 | Christina D. Perez<br>6220 Bristol Pkwy #318<br>Culver City, CA 90230 | $1,200.00 | $1,200.00 | $933.00 |
| 28 | Katherine Ual<br>116 N. Columbus St. #5<br>Glendale, CA 91203 | $1,119.90 | $1,119.90 | $870.72 |
| 29 | Cathrin Fayard<br>23054 Park Sorrento<br>Calabasas, CA 91302 | $1,185.67 | $1,185.67 | $921.86 |