


**UNITED STATES BANKRUPTCY COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| In re | ) | Case No. LA99-13836ER |
| | ) | ORDER TO PAY UNCLAIMED FUNDS |
| Pacific Eyenet, Inc. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor (s) | ) | |
| | ) | |

It appears that a check made payable to Arden Realty Limited Partnership in the amount of $13,128.37, was not presented and paid within the ninety days provided for in Bankruptcy Code §347. An unclaimed funds report was filed by the trustee on August 8, 2008 to close the account and transfer the monies to the Clerk, United States Bankruptcy Court, for deposit with the United States Treasury.

It further appears that GE Global Business Services for Arden Realty Limited Partnership c/o J. Armstrong Duffield now claims the above monies in an application filed with this court.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $13,128.37 to GE Global Business Services c/o J. Armstrong Duffield, 3855 S. Boulevard, Suite 200, Edmond, OK 73013-5499.

United States Bankruptcy Judge

10/27/09
Date

JUDGE - REV. 04/00